937 A.2d 949

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. MORGAN SCOTT, DEFENDANT–APPELLANT.

Argued October 10, 2007—Decided January 10, 2008.

*Cecelia Urban,* Assistant Deputy Public Defender, argued the cause for appellant (*Yvonne Smith Segars,* Public Defender, attorney).

*Christopher W. Hsieh,* Senior Assistant Prosecutor, argued the cause for respondent (*James F. Avigliano,* Passaic County Prosecutor, attorney).

PER CURIAM.

This matter came to the Court on defendant's appeal as of right pursuant to *Rule* 2:2–1(a)(2). The sole issue before the Court— whether defendant actually or constructively possessed cocaine that was found in the vehicle in which he was a passenger—arose from the dissent filed by Judge Fuentes. In respect of that issue, the judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the majority opinion of the Appellate Division, reported at 398 *N.J.Super.* 142, 940 *A.*2d 299, 2006 *WL* 2690000 (2006).

Justices LONG and ALBIN, dissenting.

We would reverse defendant's conviction and sentence, substantially for the reasons expressed in the dissenting opinion of Judge Fuentes, reported at 398 *N.J.Super.* 142, 940 *A.*2d 299, 2006 *WL* 2690000 (2006).

*For affirmance*—Chief Justice RABNER, Justices LaVECCHIA, WALLACE, RIVERA–SOTO and HOENS—5.

*For reversal*—Justices LONG and ALBIN—2.